United States District Court
Southern District of Texas
**ENTERED**
March 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELDON WALLACE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-3560 |
| | § | |
| SOFI LENDING CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER

Pending before the court is Defendant SoFi Lending Corporation's Motion to Compel Arbitration and Memorandum in Support Thereof ("Motion to Compel") (Docket Entry No. 7). Although the motion was filed on February 2, 2022, plaintiff, Sheldon Wallace, has not responded to it. The Motion to Compel and supporting exhibits establish that plaintiff agreed to arbitrate his claims against defendant. A district court has the discretion to dismiss an action when all the issues raised in the district court must be submitted to arbitration. Fedmet Corp. v. M/V BUYALYK, 194 F.3d 674, 678 (5th Cir. 1999); Alford v. Dean Witter Reynolds, Inc., 975 F.2d 1161, 1164 (5th Cir. 1992). Because all of the issues in this action will be arbitrated, there is no reason to retain jurisdiction over the action. Accordingly, Defendant's Motion to Compel Arbitration (Docket Entry No. 7) is **GRANTED**. The

court **ORDERS** that all issues raised in this action are referred to arbitration in accordance with the parties' agreement, and the court will dismiss this action without prejudice.

**SIGNED** at Houston, Texas, on this the 4th day of March, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE